**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-00304 |
| | § | |
| MCCOY 6, LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 02/19/2009. The case was converted to one under Chapter 7 on 06/25/2012. The undersigned trustee was appointed on 07/22/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                    $6,781,519.88

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $1,092,198.48 |
| Bank service fees | $1,782.72 |
| Other Payments to creditors | $5,621,672.56 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $65,866.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.   The deadline for filing non-governmental claims in this case was 06/23/2009 and the deadline for filing government claims was 01/11/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $212,886.20.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $137,916.07 as interim compensation and now requests the sum of $74,970.13, for a total compensation of $212,886.20[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $300.00, for total expenses of $300.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/24/2018                          By:   /s/ Robert L. Johns
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

| Case No.: | 09-00304 | | | Trustee Name: | Robert L. Johns |
| Case Name: | MCCOY 6, LLC | | | Date Filed (f) or Converted (c): | 06/25/2012 (c) |
| For the Period Ending: | 1/24/2018 | | | §341(a) Meeting Date: | 03/25/2009 |
| | | | | Claims Bar Date: | 06/23/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 1993 Water Street Morgantown, WV 26505 (Mountaineer Court) 32 apartments | $5,000,000.00 | $0.00 | | $0.00 | FA |
| 2 | 49 Falling Run Road Morgantown, WV 26505 (Square at Falling Run) 30 Acres of real estate | $20,000,000.00 | $4,400,000.00 | | $4,404,706.60 | FA |
| 3 | 1-21 Beechurst; 1-21 Water St 17 units Morgantown, WV 26505 (Beechurst) | $2,000,000.00 | $600,000.00 | | $600,000.00 | FA |
| 4 | 16 houses (address being compiled) Values avg. 90-120K | $1,700,000.00 | $375,000.00 | | $374,400.06 | FA |
| 5 | Knouse Farm 21 Acres (vacant land) | $2,000,000.00 | $0.00 | | $0.00 | FA |
| 6 | 250 Stewart St + Vacant lot 311 1st St Stewart Street 2nd Street 35 W Main Clarksburg home | $1,500,000.00 | $0.00 | | $11,011.77 | FA |
| 7 | 1st United Checking Account | $4,000.00 | $4,171.92 | | $4,171.92 | FA |
| 8 | 5th 3rd Bank Checking Account (Escrow) | $0.00 | $0.00 | | $0.00 | FA |
| 9 | 1st National Bank Checking Account (escrow) | $0.00 | $0.00 | | $0.00 | FA |
| 10 | USSA Key Man Life Insurance (required for 1st United Loan) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Outstanding Rents | $15,000.00 | $0.00 | | $0.00 | FA |
| 12 | Claims against City of Morgantown; Morgantown Fire Dept; Fifth Third Bank; various individuals at said entities | Unknown | $107,500.00 | | $107,500.00 | FA |

No. 1:09-bk-00304    Doc 870    Filed 01/24/18    Entered 01/24/18 13:42:47    Page 4 of 24

| Case No.: | 09-00304 | | | Trustee Name: | Robert L. Johns |
| Case Name: | MCCOY 6, LLC | | | Date Filed (f) or Converted (c): | 06/25/2012 (c) |
| For the Period Ending: | 1/24/2018 | | | §341(a) Meeting Date: | 03/25/2009 |
| | | | | Claims Bar Date: | 06/23/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | 2002 GMC Dump Truck | $6,000.00 | $8,800.00 | | $8,800.00 | FA |
| 14 | Desks, Chairs, Filling Cabinets, Fax machine, Copiers, Computers, Supplies | $4,000.00 | $0.00 | | $0.00 | FA |
| 15 | Sprayer, Blower, Weed Eaters, Tools, Lawn Mowers | $7,500.00 | $0.00 | | $0.00 | FA |
| 16 | Furniture in the various apartments | $15,000.00 | $0.00 | | $0.00 | FA |
| 17 | Insurance proceeds **(u)** | $0.00 | $22,538.72 | | $22,538.72 | FA |
| 18 | Refund of utility security deposits **(u)** | $0.00 | $2,527.16 | | $2,527.16 | FA |
| 19 | Settlement of Adversary Proceedings **(u)** | $0.00 | $686,710.65 | | $686,710.65 | FA |
| 20 | Lot Kanawha County, WV **(u)** | $20,000.00 | $10,000.00 | | $10,000.00 | FA |
| 21 | Chapter 11 Funds **(u)** | $0.00 | $549,010.90 | | $549,010.90 | FA |
| 22 | Interest **(u)** | $0.00 | $142.10 | | $142.10 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                    Gross Value of Remaining Assets

| | $32,271,500.00 | $6,766,401.45 | | $6,781,519.88 | $0.00 |

**Major Activities affecting case closing:**

| 10/09/2017 | Re Prop # 20 Sale proceeds received. |
| 08/03/2017 | Re Prop # 20 - Order entered to allow sale of real estate. |
| 06/23/2017 | RE Prop # 20 - Trustee filed motion to sell real estate. |
| 06/22/2017 | Court entered the proposed agreed order granting the settlement and compromise between the Trustee and Randall B. Masinter in A.P. No. 16-0054 on June 9, 2017. |
| 06/22/2017 | Trustee has prepared and will file Motion to Sell Real Estate Free and Clear of Pursuant to § 363 to Randall B. Masinter by Private Sale and in accordance with the terms laid out in the Court's order granting settlement of A.P. No. 16-0054. |
| 03/21/2017 | During hearing, the Trustee and Randall Masinter (the defendant in the AP) informed the Court that they have reached a settlement and compromise.  The settlement agreement will be executed and the parties will filed a joint motion to compromise. |
| 03/21/2017 | Upon the Court's entry of the motion to compromise, the Trustee will file a motion to sell real estate free and clear pursuant to §363. |
| 03/17/2017 | Court entered an order granting the Trustee and First Alert Security's (the defendant) motion to compromise in the AP. |
| 01/20/2017 | Motion to compromise filed regarding First Security (first defendant) in the AP.  Second defendant has filed a counter claim.  Discovery pending. |
| 10/26/2016 | Trustee filed AP to set aside tax deed. |
| 07/25/2016 | Adversary proceeding to set aside tax lien sale to be filed by Trustee. |
| 11/12/2015 | Trustee was able to find the purchaser of the real property.  Correspondence sent to the new owner to resolve the tax lien sale. |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3

Exhibit A

No. 1:09-bk-00304   Doc 870   Filed 01/24/18   Entered 01/24/18 13:42:47   Page 5 of 24

| Case No.: | 09-00304 | Trustee Name: | Robert L. Johns |
| Case Name: | MCCOY 6, LLC | Date Filed (f) or Converted (c): | 06/25/2012 (c) |
| For the Period Ending: | 1/24/2018 | §341(a) Meeting Date: | 03/25/2009 |
| | | Claims Bar Date: | 06/23/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/15/2014   Re:

Prop # 1 - Sold in Chapter 11

Prop # 2 - Sold to University of West Virginia-total sale $4,790,118.43

Prop # 3 - Sold for $600,000.00.

Prop # 4 - Sold to Unitersity of West Virginia-total sale $4,790,118.43

Prop # 5 - Sold in Chapter 11

Prop # 6 - Sold and/or forclosed in Chapter 11, except 250 Stewart Street and Lot (sold to University-value $50,000)

Prop # 7 - Liquidated at conversion.

Prop #'s - 8, 9, 10, 11 - liquidated in Chapter 11

Prop # 12 - settlement of $107,500.

Prop # 13 - Consultant to liquidate dump truck. Order approving sale entered by Court. Awaiting Closing

Prop #'s 14, 15, 16 - liquidated in Chapter 11

Prop # 17 - Fire Insurance settlement

Prop # 18 - Refunds of gas utility deposits.

Prop # 19 - Settlement of Adversary Proceeding

Prop # 20 - Trustee found unlisted lot in Kanawha County. Trustee attempting to sell lot.

Chapter 11 business

Trustee operated case in Chapter 11, converted to Chapter 7 on June 25, 2012. All assets liquidated except lot in Charleston, WV. Trustee attempting to sell lot worth approximately $20,000-$30,000.

04/29/2014   Property inadvertently sold by West Virginia State Auditor.

Trustee to file complaint to set aside deed if resolution cannot be reached.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | **Current Projected Date Of Final Report (TFR):** | 11/30/2017 | /s/ ROBERT L. JOHNS |
| | | | | ROBERT L. JOHNS |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 09-00304 | |
| Case Name: | MCCOY 6, LLC | |
| Primary Taxpayer ID #: | **-***9730 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 2/19/2009 | |
| For Period Ending: | 1/24/2018 | |

| | |
|---|---|
| Trustee Name: | Robert L. Johns |
| Bank Name: | Virginia National Bank |
| Checking Acct #: | ******9304 |
| Account Title: | |
| Blanket bond (per case limit): | $3,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/27/2012 | (7) | McCoy 6 Apt | Closing debtor's bank account | 1129-000 | $4,171.92 | | $4,171.92 |
| 08/01/2012 | | Virginia National Bank | Bank Service Fee | 2600-000 | | $0.44 | $4,171.48 |
| 08/28/2012 | (17) | Acceptance Indemnity Insurance Company | Clms 5/4/11- Loss of Rents | 1249-000 | $15,500.00 | | $19,671.48 |
| 08/28/2012 | | First Insurance Funding | Refund for cancelling policy on Beechurst apts that sold prior to chapter 11 convert to chapter 7 | 2420-750 | | ($4,320.42) | $23,991.90 |
| 09/04/2012 | | Virginia National Bank | Bank Service Fee | 2600-000 | | $9.85 | $23,982.05 |
| 09/26/2012 | | Virginia National Bank | Bank Service Fee | 2600-000 | | $32.54 | $23,949.51 |
| 09/26/2012 | | Pinnacle National Bank | Transfer Funds | 9999-000 | | $23,949.51 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $19,671.92 | $19,671.92 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $23,949.51 | |
| **Subtotal** | $19,671.92 | ($4,277.59) | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $19,671.92 | ($4,277.59) | |

| For the period of 2/19/2009 to 1/24/2018 | | For the entire history of the account between 07/27/2012 to 1/24/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $19,671.92 | Total Compensable Receipts: | $19,671.92 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,671.92 | Total Comp/Non Comp Receipts: | $19,671.92 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | ($4,277.59) | Total Compensable Disbursements: | ($4,277.59) |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | ($4,277.59) | Total Comp/Non Comp Disbursements: | ($4,277.59) |
| Total Internal/Transfer Disbursements: | $23,949.51 | Total Internal/Transfer Disbursements: | $23,949.51 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 09-00304 |
| **Case Name:** | MCCOY 6, LLC |
| **Primary Taxpayer ID #:** | **-***9730 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 2/19/2009 |
| **For Period Ending:** | 1/24/2018 |

| | |
|---|---|
| **Trustee Name:** | Robert L. Johns |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0020 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $3,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2012 | | Virginia National Bank | Transfer Funds | 9999-000 | $23,949.51 | | $23,949.51 |
| 09/28/2012 | (12) | Travelers | Adversary Action no: 1:11-ap-00011 | 1149-000 | $100,000.00 | | $123,949.51 |
| 10/03/2012 | (12) | Alterra Insurance Co | Water Damage settlement McCoy 6 vs. Morgantown Utility Board et al civil action | 1149-000 | $7,500.00 | | $131,449.51 |
| 10/18/2012 | (17) | First Insurnace | refund on 1526135OP | 1249-000 | $612.66 | | $132,062.17 |
| 10/18/2012 | (21) | The Esate of McCoy 6,LLC | Transfer of Chapter 11 Funds from City National Account | 1290-010 | $55,823.73 | | $187,885.90 |
| 10/18/2012 | 6001 | Est of McCoy 6, LLC | Est of McCoy 6, LLC | 8500-003 | | $43.30 | $187,842.60 |
| 10/18/2012 | 6001 | VOID: Est of McCoy 6, LLC | Void:  Est. of McCoy 6, LLC | 8500-003 | | ($43.30) | $187,885.90 |
| 10/18/2012 | 6002 | Roscoe's LLC | Beechurst Damage Disbursement per order entered 9/9/12 | 2420-000 | | $148,341.41 | $39,544.49 |
| 10/19/2012 | 6003 | Estate of McCoy 6 | Transfer to City National Bank | 9999-000 | | $15,000.00 | $24,544.49 |
| 11/01/2012 | 6004 | Turner & Johns PLLC | First Interim distribution | * | | $19,710.00 | $4,834.49 |
| | | | Turner & Johns PLLC                    $(18,655.50) | 3110-000 | | | $4,834.49 |
| | | | Attorney for Trustee expenses          $(1,054.50) | 3120-000 | | | $4,834.49 |
| 11/02/2012 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $218.99 | $4,615.50 |
| 11/09/2012 | (17) | Firest Insurance Funding | Refund for over payment on policy while in chapter 11 | 1249-000 | $706.28 | | $5,321.78 |
| 11/20/2012 | (18) | Dominion | Refund of gas utility for 9 Beechurst Ave. | 1221-000 | $50.45 | | $5,372.23 |
| 11/20/2012 | (18) | Dominion | Refund of gas utility for 11B Beechurst Ave. | 1221-000 | $384.88 | | $5,757.11 |
| 11/20/2012 | (18) | Dominion | Refund of gas utility on 13 1/2 Beechurst Ave. | 1221-000 | $264.30 | | $6,021.41 |
| 11/20/2012 | (18) | Dominion | Refund of  gas utility on 17 Beechurst Ave. | 1221-000 | $2.27 | | $6,023.68 |
| 11/20/2012 | (18) | Dominion | Refund of gas utility on 3B Beechurst Ave. | 1221-000 | $5.34 | | $6,029.02 |
| 11/20/2012 | (18) | Dominion | Refund of gas utility for 5 Beechurst Ave. | 1221-000 | $710.41 | | $6,739.43 |
| 12/04/2012 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $20.94 | $6,718.49 |
| | | | **SUBTOTALS** | | $190,009.83 | $183,291.34 | |

CASH RECEIPTS AND DISBURSEMENTS RECORD

No. 1:09-bk-00304    Doc 870    Filed 01/24/18    Entered 01/24/18 13:42:47    Page 8 of 24

| Case No. | 09-00304 | | | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|---|---|
| Case Name: | MCCOY 6, LLC | | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9730 | | | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2009 | | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 1/24/2018 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/17/2012 | | Jackson & Kelly, PLLC | Sale proceeds apportioned between Assets 2, 4 and 6 | | * | $67,500.00 | | $74,218.49 |
| | {2} | | Asset #2 - Sale proceeds from liquidation of real estate. | $4,404,706.60 | 1110-000 | | | $74,218.49 |
| | {4} | | Asset #4 - Sale proceeds from liquidation of real estate. | $374,400.06 | 1110-000 | | | $74,218.49 |
| | {6} | | Asset #6 - Sale proceeds from liquidation of real estate. | $11,011.77 | 1110-000 | | | $74,218.49 |
| | | | Robert L. Johns, Trustee, Statutory Trustee Compensation | $(137,916.07) | 2100-000 | | | $74,218.49 |
| | | | Sheriff - property taxes | $(139,702.36) | 2820-000 | | | $74,218.49 |
| | | | First United Bank - Secured claim | $(4,445,000.00) | 4110-000 | | | $74,218.49 |
| 01/02/2013 | (18) | Republic Services, Inc | Refund of utility deposit. | | 1221-000 | $174.49 | | $74,392.98 |
| 01/03/2013 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $74.11 | $74,318.87 |
| 01/04/2013 | 6005 | Est of McCoy 6 | Transfer of funds to City National Holding | | 9999-000 | | $67,500.00 | $6,818.87 |
| 01/17/2013 | | McCoy 6 Apartments | Closing of FUBT account - Chapter 11 Receipts ($493,187.17) and Sale of Asset #3 ($600,000.00). | | * | $46,173.84 | | $52,992.71 |
| | {21} | | Closing of FUBT account - Chapter 11 Receipts (493,187.17) and sale of Asset #3 ($600,000.00} | $493,187.17 | 1290-010 | | | $52,992.71 |
| | | | Administrative expenses | $(460,313.19) | 6950-000 | | | $52,992.71 |
| | | | PNC-Roscoe's LLC lienholder | $(539,961.91) | 4110-000 | | | $52,992.71 |
| | | | Real Estate taxes and recording fees | $(10,038.09) | 2820-000 | | | $52,992.71 |
| | | | Chapter 7 administrative expenses | $(36,700.14) | 2990-000 | | | $52,992.71 |
| | {3} | | Closing of FUBT account - Chapter 11 Receipts ($493,187.17) and Sale of Asset #3 ($600,000.00). | $600,000.00 | 1110-000 | | | $52,992.71 |
| 01/30/2013 | (17) | DHB&E | Premium refund on cancelled policy. | | 1249-000 | $1,143.78 | | $54,136.49 |
| 02/04/2013 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $69.31 | $54,067.18 |
| 02/07/2013 | (18) | First Energy | Refund of utility deposit. | | 1221-000 | $697.74 | | $54,764.92 |
| 02/20/2013 | 6006 | AT & T | Acc#287020618578 | | 6990-000 | | $107.54 | $54,657.38 |
| 02/25/2013 | (18) | First Energy | Refund of utility deposit.. | | 1221-000 | $237.28 | | $54,894.66 |

SUBTOTALS    $115,927.13    $67,750.96

No. 1:09-bk-00304    Doc 870    Filed 01/24/18    Entered 01/24/18 13:42:47    Page 9 of 24

| Case No. | 09-00304 | | | | | Trustee Name: | Robert L. Johns |
| Case Name: | MCCOY 6, LLC | | | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9730 | | | | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2009 | | | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 1/24/2018 | | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $79.63 | $54,815.03 |
| 03/13/2013 | 6007 | Insurance Partners Agency, INC | Invoice# 87337 Policy #8215-38-71 | 2300-000 | | $130.74 | $54,684.29 |
| 03/26/2013 | (17) | BrickStreet | Audit Refund | 1249-000 | $4,576.00 | | $59,260.29 |
| 04/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $89.61 | $59,170.68 |
| 04/22/2013 | 6008 | Est of McCoy 6 | Transfer of funds to City National Account. | 9999-000 | | $50,000.00 | $9,170.68 |
| 05/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $76.81 | $9,093.87 |
| 06/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $14.68 | $9,079.19 |
| 07/15/2013 | | Est of McCoy 6 LLC | Transfer of funds from City National Bank to Pinnacle account. | 9999-000 | $124,146.42 | | $133,225.61 |
| 07/15/2013 | 6009 | Turner & Johns PLLC | Payment of attorney for Trustee fees and expenses per Order entered on 7/2/13 | * | | $124,146.42 | $9,079.19 |
| | | | Payment of legal fees for attorney for Trustee Second Interim application. Order entered 7/2/13 | $(118,304.00) | 3110-000 | | $9,079.19 |
| | | | Payment of expenses for attorney for Trustee Second Interim application. Order entered 7/2/13 | $(5,842.42) | 3120-000 | | $9,079.19 |
| 07/18/2013 | | Pinnacle Bank | Bank Fee for June, 2013 | 2600-000 | | $14.18 | $9,065.01 |
| 08/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $21.11 | $9,043.90 |
| 09/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $14.60 | $9,029.30 |
| 10/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $14.10 | $9,015.20 |
| 11/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $14.55 | $9,000.65 |
| 11/18/2013 | | Kay Casto Chaney, PLLC | Settlement of 10 adversary proceedings | * | $50,000.00 | | $59,000.65 |
| | {19} | | Settlement of adversary proceedings | $686,710.65 | 1249-000 | | $59,000.65 |
| | | | Payment of secured lien of First United Bank | $(636,710.65) | 4210-000 | | $59,000.65 |
| 12/03/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $45.30 | $58,955.35 |
| 01/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $95.16 | $58,860.19 |
| 02/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $95.01 | $58,765.18 |
| | | | | | SUBTOTALS | $178,722.42 | $174,851.90 |

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-00304 | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|
| Case Name: | MCCOY 6, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9730 | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2009 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 1/24/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $85.69 | $58,679.49 |
| 03/19/2014 | 6010 | Insurance Partners Agency, INC | Bond payment | 2300-000 | | $55.90 | $58,623.59 |
| 04/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $94.70 | $58,528.89 |
| 04/25/2014 | 6011 | Turner & Johns PLLC | Third & Final Interim payment for Expenses per order entered 4/23/14 | 3110-000 | | $11,449.00 | $47,079.89 |
| 04/25/2014 | 6012 | Turner & Johns PLLC | Third & Final Interim payment for expenses per order entered 4/23/14 | 3120-000 | | $6,386.58 | $40,693.31 |
| 04/25/2014 | 6013 | Turner & Johns PLLC | First Interim payment per order entered 4/23/14. | 3110-000 | | $19,710.00 | $20,983.31 |
| 05/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $85.56 | $20,897.75 |
| 06/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.73 | $20,864.02 |
| 07/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.59 | $20,831.43 |
| 08/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.62 | $20,797.81 |
| 08/12/2014 | (13) | Jane Lee Enterprises | Sale of 2002 GMC Dump Truck | 1129-000 | $8,800.00 | | $29,597.81 |
| 09/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $42.28 | $29,555.53 |
| 10/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $46.17 | $29,509.36 |
| 11/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $47.63 | $29,461.73 |
| 11/14/2014 | 6014 | Investment Recovery Company | Consultant fees per Order entered 3/25/14 | 3731-000 | | $704.00 | $28,757.73 |
| 11/14/2014 | 6015 | Investment Recovery Company | Consultant Expenses per Order entered 3/25/14 | 3732-000 | | $703.00 | $28,054.73 |
| 12/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $45.29 | $28,009.44 |
| 12/17/2014 | | Turner & Johns PLLC | Return of payment to T&J made by mistake on April 25, 2014 | 3110-002 | | ($19,710.00) | $47,719.44 |
| 01/05/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $59.58 | $47,659.86 |
| 01/14/2015 | 6016 | The Estate of McCoy 6, LLC | Transfer of funds to City National Account for Estate of McCoy 6, LLC | 9999-000 | | $45,000.00 | $2,659.86 |
| 02/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $48.82 | $2,611.04 |
| 03/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.81 | $2,607.23 |
| 03/24/2015 | 6017 | Insurance Partners Agency, INC | Bond Insurance payment for 2015 | 2300-000 | | $29.18 | $2,578.05 |
| 04/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.21 | $2,573.84 |
| | | | | **SUBTOTALS** | $8,800.00 | $64,991.34 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

No. 1:09-bk-00304    Doc 870    Filed 01/24/18    Entered 01/24/18 13:42:47    Page 11 of 24

| | | |
|---|---|---|
| Case No. | 09-00304 | Trustee Name: | Robert L. Johns |
| Case Name: | MCCOY 6, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9730 | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/19/2009 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 1/24/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.02 | $2,569.82 |
| 06/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.15 | $2,565.67 |
| 07/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.01 | $2,561.66 |
| 08/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.13 | $2,557.53 |
| 09/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.13 | $2,553.40 |
| 10/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.99 | $2,549.41 |
| 11/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.11 | $2,545.30 |
| 12/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.98 | $2,541.32 |
| 01/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.10 | $2,537.22 |
| 02/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.09 | $2,533.13 |
| 03/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.82 | $2,529.31 |
| 04/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.08 | $2,525.23 |
| 04/08/2016 | 6018 | Insurance Partners Agency, INC | Bond insurance payment | 2300-000 | | $43.48 | $2,481.75 |
| 05/03/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.90 | $2,477.85 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.00 | $2,473.85 |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.86 | $2,469.99 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.99 | $2,466.00 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.98 | $2,462.02 |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.85 | $2,458.17 |
| 11/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.97 | $2,454.20 |
| 12/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.83 | $2,450.37 |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.95 | $2,446.42 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.95 | $2,442.47 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.56 | $2,438.91 |
| 03/31/2017 | 6019 | Insurance Partners Agency, INC | Bond Premium Payment | 2300-003 | | $41.79 | $2,397.12 |
| 04/03/2017 | 6019 | VOID: Insurance Partners Agency, INC | Incorrect amount | 2300-003 | | ($41.79) | $2,438.91 |
| 04/03/2017 | 6020 | Insurance Partners Agency, INC | 2017 Bond payment | 2300-000 | | $41.80 | $2,397.11 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.94 | $2,393.17 |
| | | | **SUBTOTALS** | | $0.00 | $180.67 | |

CASH RECEIPTS AND DISBURSEMENTS RECORD

No. 1:09-bk-00304     Doc 870     Filed 01/24/18     Entered 01/24/18 13:42:47     Page 12 of 24

| Case No. | 09-00304 | | | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|---|---|
| Case Name: | MCCOY 6, LLC | | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9730 | | | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2009 | | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 1/24/2018 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.76 | $2,389.41 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.86 | $2,385.55 |
| 07/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.73 | $2,381.82 |
| 08/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.84 | $2,377.98 |
| 09/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $7.68 | $2,370.30 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.70 | $2,366.60 |
| 10/04/2017 | | Pinnacle Bank | Refund on August bank fee posted 9/5/2017 - the fees were posted for the incorrect amount | 2600-000 | | ($3.84) | $2,370.44 |
| 10/09/2017 | (20) | Randall B. Masinter | Purchase price of property Asset #20 per Order entered 8/03/2017 | 1210-000 | $10,000.00 | | $12,370.44 |
| 10/10/2017 | | Estate of McCoy 6, llc | Transfer of funds from City National Bank Account | * | $53,495.68 | | $65,866.12 |
| | | | Transfer of funds from City National Bank Account     $53,353.58 | 9999-000 | | | $65,866.12 |
| | {22} | | $142.10 | 1270-000 | | | $65,866.12 |

|  | | | | | TOTALS: | $556,955.06 | $491,088.94 | $65,866.12 |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less: Bank transfers/CDs | $148,095.93 | $177,500.00 | |
| | | | | | Subtotal | $408,859.13 | $313,588.94 | |
| | | | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | | | Net | $408,859.13 | $313,588.94 | |

| For the period of  2/19/2009 to 1/24/2018 | | For the entire history of the account between 09/26/2012 to 1/24/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,761,847.96 | Total Compensable Receipts: | $6,761,847.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,761,847.96 | Total Comp/Non Comp Receipts: | $6,761,847.96 |
| Total Internal/Transfer Receipts: | $201,449.51 | Total Internal/Transfer Receipts: | $201,449.51 |
| | | | |
| Total Compensable Disbursements: | $6,739,641.35 | Total Compensable Disbursements: | $6,739,641.35 |
| Total Non-Compensable Disbursements: | ($19,710.00) | Total Non-Compensable Disbursements: | ($19,710.00) |
| Total Comp/Non Comp  Disbursements: | $6,719,931.35 | Total Comp/Non Comp  Disbursements: | $6,719,931.35 |
| Total Internal/Transfer  Disbursements: | $177,500.00 | Total Internal/Transfer  Disbursements: | $177,500.00 |

CASH RECEIPTS AND DISBURSEMENTS RECORD

No. 1:09-bk-00304    Doc 870    Filed 01/24/18    Entered 01/24/18 13:42:47    Page 13 of 24

| | |
|---|---|
| Case No. | 09-00304 |
| Case Name: | MCCOY 6, LLC |
| Primary Taxpayer ID #: | **-***9730 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 2/19/2009 |
| For Period Ending: | 1/24/2018 |

| | |
|---|---|
| Trustee Name: | Robert L. Johns |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0020 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $3,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $428,531.05 | $309,311.35 | $65,866.12 |

| For the period of 2/19/2009 to 1/24/2018 | | For the entire history of the case between 06/25/2012 to 1/24/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,781,519.88 | Total Compensable Receipts: | $6,781,519.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,781,519.88 | Total Comp/Non Comp Receipts: | $6,781,519.88 |
| Total Internal/Transfer Receipts: | $201,449.51 | Total Internal/Transfer Receipts: | $201,449.51 |
| | | | |
| Total Compensable Disbursements: | $6,735,363.76 | Total Compensable Disbursements: | $6,735,363.76 |
| Total Non-Compensable Disbursements: | ($19,710.00) | Total Non-Compensable Disbursements: | ($19,710.00) |
| Total Comp/Non Comp Disbursements: | $6,715,653.76 | Total Comp/Non Comp Disbursements: | $6,715,653.76 |
| Total Internal/Transfer Disbursements: | $201,449.51 | Total Internal/Transfer Disbursements: | $201,449.51 |

/s/ ROBERT L. JOHNS

ROBERT L. JOHNS

No. 1:09-bk-00304    Doc 870    Filed 01/24/18    Entered 01/24/18 13:42:47    Page 14 of 24

| Case No. | 09-00304 | | | | | | Trustee Name: | Robert L. Johns | | |
| Case Name: | MCCOY 6, LLC | | | | | | Date: | 1/24/2018 | | |
| Claims Bar Date: | 06/23/2009 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROBERT L. JOHNS<br><br>216 Brooks St., Suite 200<br>Charleston WV 25301 | 10/10/2017 | Trustee Compensation (CH7) | Allowed | 2100-000 | $0.00 | $212,886.20 | $212,886.20 | $137,916.07 | $0.00 | $0.00 | $74,970.13 |
| | ROBERT JOHNS<br>216 Brooks Street<br>Suite 200<br>Charleston WV 25301 | 11/09/2017 | Exp. Trustee (CH7) | Allowed | 2200-000 | $0.00 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 |
| 34 | US BANKRUPTCY COURT<br>300 Virginia St., E<br>Rm. 3200<br>Charleston WV 25301 | 11/17/2017 | United States Bankruptcy Court | Allowed | 2700-000 | $0.00 | $1,457.00 | $1,457.00 | $0.00 | $0.00 | $0.00 | $1,457.00 |
| | TURNER & JOHNS PLLC<br><br>216 Brooks St<br>Suite: 200<br>Charleston WV 25301 | 11/09/2017 | Exp. Trustee's Atty (CH7) | Allowed | 3120-000 | $0.00 | $14,599.80 | $14,599.80 | $13,283.50 | $0.00 | $0.00 | $1,316.30 |
| | TURNER & JOHNS PLLC<br><br>216 Brooks St<br>Suite: 200<br>Charleston WV 25301 | 11/09/2017 | Fees-Trustee's Atty (CH7) | Allowed | 3110-000 | $0.00 | $159,888.50 | $159,888.50 | $148,408.50 | $0.00 | $0.00 | $11,480.00 |
| | ROBERT JOHNS<br>216 Brooks Street<br>Suite 200<br>Charleston WV 25301 | 11/09/2017 | Fees-Trustee (CH11) | Allowed | 6101-000 | $0.00 | $26,265.66 | $26,265.66 | $0.00 | $0.00 | $0.00 | $26,265.66 |
| 1 | IRS<br>Post Office Box 21126<br>Philadelphia PA 19114 | 03/05/2009 | Other Priority | Allowed | 5800-000 | $0.00 | $126,091.06 | $126,091.06 | $0.00 | $0.00 | $0.00 | $126,091.06 |
| 6 | DENISE WHITE<br>FINANCE DIRECTOR<br>City of Morgantown<br>389 Spruce Street<br>Morgantown WV 26505 | 04/07/2009 | Other Priority | Allowed | 5800-000 | $0.00 | $15,081.89 | $15,081.89 | $0.00 | $0.00 | $0.00 | $15,081.89 |

| Case No. | 09-00304 | | Trustee Name: | Robert L. Johns |
| Case Name: | MCCOY 6, LLC | | Date: | 1/24/2018 |
| Claims Bar Date: | 06/23/2009 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | SHERIFF OF MONONGALIA COUNTY | 11/03/2009 | Other Priority | Allowed | 5800-000 | $0.00 | $114,532.14 | $114,532.14 | $0.00 | $0.00 | $0.00 | $114,532.14 |
| 15 | WV DEPT OF TAX & REVENUE Bankruptcy Unit Post Office Box 766 Charleston WV 25323-0766 | 12/30/2009 | Other Priority | Allowed | 5800-000 | $0.00 | $14,307.61 | $14,307.61 | $0.00 | $0.00 | $0.00 | $14,307.61 |
| 17 | ROB BARNHART | 10/14/2010 | Other Priority | Allowed | 5800-000 | $0.00 | $210.00 | $210.00 | $0.00 | $0.00 | $0.00 | $210.00 |
| 18 | IRS Post Office Box 21126 Philadelphia PA 19114 | 11/05/2010 | Other Priority | Allowed | 5800-000 | $0.00 | $8,117.69 | $8,117.69 | $0.00 | $0.00 | $0.00 | $8,117.69 |
| 19 | WORKFORCE WV/LEGAL SECTION 112 California Avenue Charleston WV 25305 | 12/06/2010 | Other Priority | Allowed | 5800-000 | $0.00 | $1,205.83 | $1,205.83 | $0.00 | $0.00 | $0.00 | $1,205.83 |
| 20 | JAMES R. BRADY 11690 Colchester Lane Auburn Twp OH 44023 | 01/03/2011 | Other Priority | Allowed | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 |

**Claim Notes:**     (20-1) security deposit

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | JEREMIAH FRIEL | 01/26/2011 | Other Priority | Allowed | 5800-000 | $0.00 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 |

**Claim Notes:**     (22-1) Security Deposit

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | NADINE PELTZ 6 Jackie Drive Morganville NJ 07751 | 03/07/2011 | Other Priority | Allowed | 5800-000 | $0.00 | $825.00 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 |
| 24 | ADAM LEVY 660 Freeman Court Huntington WV 25701 | 03/10/2011 | Other Priority | Allowed | 5800-000 | $0.00 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 |
| 25 | BONNIE HJEMVIK 300 S. Aurora Street Easton MD 21601 | 03/10/2011 | Other Priority | Allowed | 5800-000 | $0.00 | $700.00 | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 |
| 28 | NINA S. REGOJO 215 Yale Avenue Swarthmore PA 19081 | 09/26/2011 | Other Priority | Allowed | 5800-000 | $0.00 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 |

| Case No. | 09-00304 | | | | | | Trustee Name: | | Robert L. Johns | | | |
| Case Name: | MCCOY 6, LLC | | | | | | Date: | | 1/24/2018 | | | |
| Claims Bar Date: | 06/23/2009 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1a | IRS<br><br>Post Office Box 21126<br>Philadelphia PA 19114 | 03/05/2009 | Unsecured Timely Filed | Allowed | 7100-000 | $0.00 | $40,935.82 | $40,935.82 | $0.00 | $0.00 | $0.00 | $40,935.82 |
| 2 | AMY E. RIGHTER<br><br>902 56th Street<br>Vienna WV 26105 | 03/19/2009 | Unsecured Timely Filed | Allowed | 7100-000 | $0.00 | $2,612.16 | $2,612.16 | $0.00 | $0.00 | $0.00 | $2,612.16 |

**Claim Notes:**　　(2-1) uns

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | WEST VIRGINIA INSURANCE COMMISSION<br>Legal Division - Bankruptcy<br>Post Office Box 50540<br>Charleston WV 25305-0540 | 03/27/2009 | Unsecured Timely Filed | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CHASE BANK USA NA<br><br>PO BOX 15145<br>Wilmington DE 19850-5145 | 03/29/2009 | Unsecured Timely Filed | Allowed | 7100-000 | $0.00 | $18,677.35 | $18,677.35 | $0.00 | $0.00 | $0.00 | $18,677.35 |
| 6a | DENISE WHITE<br>FINANCE DIRECTOR<br>City of Morgantown<br>389 Spruce Street<br>Morgantown WV 26505 | 04/07/2009 | Unsecured Timely Filed | Allowed | 7100-000 | $0.00 | $4,081.21 | $4,081.21 | $0.00 | $0.00 | $0.00 | $4,081.21 |
| 7 | DELTA PRODUCTS<br><br>2570 Metropolitan Drive<br>Trevose PA 19053 | 04/14/2009 | Unsecured Timely Filed | Allowed | 7100-000 | $0.00 | $251.82 | $251.82 | $0.00 | $0.00 | $0.00 | $251.82 |
| 8 | COPIES, COPIES, COPIES<br><br>c/o William L. Pennington<br>P.O. Box 891<br>Morgantown WV 26507-0891 | 05/11/2009 | Unsecured Timely Filed | Allowed | 7100-000 | $0.00 | $793.06 | $793.06 | $0.00 | $0.00 | $0.00 | $793.06 |

| | |
|---|---|
| Case No. | 09-00304 |
| Case Name: | MCCOY 6, LLC |
| Claims Bar Date: | 06/23/2009 |

| | |
|---|---|
| Trustee Name: | Robert L. Johns |
| Date: | 1/24/2018 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CHRISTINA P. QUINN<br><br>62 Mahogany Run<br>Pittsford NY 14534 | 06/22/2009 | Unsecured Timely Filed | Allowed | 7100-000 | $0.00 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 |
| 10 | ALLEGHENY POWER<br><br>P.O. Box 1392<br>Fairmont WV 26555-1392 | 06/22/2009 | Unsecured Timely Filed | Allowed | 7100-000 | $0.00 | $7,863.58 | $7,863.58 | $0.00 | $0.00 | $0.00 | $7,863.58 |
| 11 | PITNEY BOWES CREDIT CORP.<br>Attn: Recovery Dept.<br>27 Waterview Drive<br>Shelton CT 06484-4361 | 06/22/2009 | Unsecured Timely Filed | Allowed | 7100-000 | $0.00 | $1,091.15 | $1,091.15 | $0.00 | $0.00 | $0.00 | $1,091.15 |
| 3 | WEST VIRGINIA INSURANCE COMMISSION<br>Legal Division - Bankruptcy<br>Post Office Box 50540<br>Charleston WV 25305-0540 | 03/27/2009 | Secured Claims | Allowed | 4110-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |

**Claim Notes:**    (3-1) Policy &#035; 4234-902

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | NATIONAL CITY BANK<br>c/o Kimberly Luff Wakim<br>Thorp Reed & Armstrong, LLP<br>301 Grant Street, 14th Floor<br>Pittsburgh PA 15219-1425 | 06/22/2009 | Secured Claims | Allowed | 4110-000 | $0.00 | $1,160,000.00 | $1,160,000.00 | $0.00 | $0.00 | $0.00 | $1,160,000.00 |
| 13 | FNB BANK<br><br>c/o Booth & McCarthy<br>PO Box 4669<br>Bridgeport WV 26330 | 06/29/2009 | Unsecured Tardily Filed | Allowed | 7200-000 | $0.00 | $228,391.15 | $228,391.15 | $0.00 | $0.00 | $0.00 | $228,391.15 |

**Claim Notes:**    (13-2) Amended claim after sale of secured properties

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15a | WV DEPT OF TAX & REVENUE<br>Bankruptcy Unit<br>Post Office Box 766<br>Charleston WV 25323-0766 | 12/30/2009 | Unsecured Tardily Filed | Allowed | 7200-000 | $0.00 | $3,615.94 | $3,615.94 | $0.00 | $0.00 | $0.00 | $3,615.94 |

| | |
|---|---|
| Case No. | 09-00304 |
| Case Name: | MCCOY 6, LLC |
| Claims Bar Date: | 06/23/2009 |

| | |
|---|---|
| Trustee Name: | Robert L. Johns |
| Date: | 1/24/2018 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | KYLENE HISSOM<br><br>377 Lehigh Avenue<br>Pittsburgh PA 15232 | 10/13/2010 | Unsecured Tardily Filed | Allowed | 7200-000 | $0.00 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 |
| 21 | JACQUELINE BOLCAR<br><br>4 Lagoon Lane<br>Lake Hopatcong NJ 07849 | 01/13/2011 | Unsecured Tardily Filed | Allowed | 7200-000 | $0.00 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 |
| 26 | EMILY SICKLES<br><br>306 Sunset Blvd.<br>Wyckoff NJ 07481 | 04/11/2011 | Unsecured Tardily Filed | Allowed | 7200-000 | $0.00 | $212.50 | $212.50 | $0.00 | $0.00 | $0.00 | $212.50 |
| 27 | DANIEL WADE<br><br>929 Pine Hill Drive<br>Fairmont WV 26554 | 06/10/2011 | Unsecured Tardily Filed | Allowed | 7200-000 | $0.00 | $725.83 | $725.83 | $0.00 | $0.00 | $0.00 | $725.83 |
| 30 | UNITED STATES TRUSTEE<br>300 Virginia Street East<br>Room 2025<br>Charleston WV 25301 | 06/28/2012 | Unsecured Tardily Filed | Allowed | 7200-000 | $0.00 | $650.00 | $650.00 | $0.00 | $0.00 | $0.00 | $650.00 |
| **Claim Notes:** | (30-1) US Trustee fees | | | | | | | | | | | |
| 31 | COPIES COPIES COPIES<br><br>William L. Pennington<br>PO Box 891<br>Morgantown WV 26507 | 10/15/2012 | Unsecured Tardily Filed | Allowed | 7200-000 | $0.00 | $793.06 | $793.06 | $0.00 | $0.00 | $0.00 | $793.06 |
| 32 | COPIES COPIES COPIES<br><br>William L. Pennington<br>PO Box 891<br>Morgantown WV 26507 | 10/15/2012 | Unsecured Tardily Filed | Allowed | 7200-000 | $0.00 | $793.06 | $793.06 | $0.00 | $0.00 | $0.00 | $793.06 |

No. 1:09-bk-00304    Doc 870    Filed 01/24/18    Entered 01/24/18 13:42:47    Page 19 of 24

| | |
|---|---|
| **Case No.** | 09-00304 |
| **Case Name:** | MCCOY 6, LLC |
| **Claims Bar Date:** | 06/23/2009 |

| | |
|---|---|
| **Trustee Name:** | Robert L. Johns |
| **Date:** | 1/24/2018 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | WORKFORCE WEST VIRGINIA<br> Mary B. McLaughlin<br> 112 California Avenue<br> Charleston WV 25305 | 10/22/2012 | Unsecured Tardily Filed | Allowed | 7200-000 | $0.00 | $1,399.60 | $1,399.60 | $0.00 | $0.00 | $0.00 | $1,399.60 |
| | | | | | | **$2,182,055.67** | **$2,182,055.67** | **$299,608.07** | **$0.00** | **$0.00** | **$1,882,447.60** |

No. 1:09-bk-00304    Doc 870    Filed 01/24/18    Entered 01/24/18 13:42:47    Page 20 of 24

| | | |
|---|---|---|
| **Case No.** | 09-00304 | |
| **Case Name:** | MCCOY 6, LLC | |
| **Claims Bar Date:** | 06/23/2009 | |

| | |
|---|---|
| **Trustee Name:** | Robert L. Johns |
| **Date:** | 1/24/2018 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Exp. Trustee (CH7) | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 |
| Exp. Trustee's Atty (CH7) | $14,599.80 | $14,599.80 | $13,283.50 | $0.00 | $0.00 | $1,316.30 |
| Fees-Trustee (CH11) | $26,265.66 | $26,265.66 | $0.00 | $0.00 | $0.00 | $26,265.66 |
| Fees-Trustee's Atty (CH7) | $159,888.50 | $159,888.50 | $148,408.50 | $0.00 | $0.00 | $11,480.00 |
| Other Priority | $282,571.22 | $282,571.22 | $0.00 | $0.00 | $0.00 | $282,571.22 |
| Secured Claims | $1,170,000.00 | $1,170,000.00 | $0.00 | $0.00 | $0.00 | $1,170,000.00 |
| Trustee Compensation (CH7) | $212,886.20 | $212,886.20 | $137,916.07 | $0.00 | $0.00 | $74,970.13 |
| United States Bankruptcy Court | $1,457.00 | $1,457.00 | $0.00 | $0.00 | $0.00 | $1,457.00 |
| Unsecured Tardily Filed | $237,381.14 | $237,381.14 | $0.00 | $0.00 | $0.00 | $237,381.14 |
| Unsecured Timely Filed | $76,706.15 | $76,706.15 | $0.00 | $0.00 | $0.00 | $76,706.15 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      09-00304
Case Name:    MCCOY 6, LLC
Trustee Name:  Robert L. Johns

Balance on hand:    $65,866.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | West Virginia Insurance Commission | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| 12 | National City Bank | $1,160,000.00 | $1,160,000.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:    $0.00
Remaining balance:    $65,866.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Robert L. Johns, Trustee Fees | $212,886.20 | $137,916.07 | $61,979.04 |
| Robert Johns, Trustee Expenses | $300.00 | $0.00 | $281.69 |
| Turner & Johns PLLC, Attorney for Trustee Fees | $159,888.50 | $148,408.50 | $1,723.02 |
| Turner & Johns PLLC, Attorney for Trustee Expenses | $14,599.80 | $13,283.50 | $425.37 |
| US Bankruptcy Court, Clerk of the Court Costs | $1,457.00 | $0.00 | $1,457.00 |
| Other: Investment Recovery Company, Consultant for Trustee Fees | $704.00 | $704.00 | $0.00 |
| Other: Investment Recovery Company, Consultant for Trustee Expenses | $703.00 | $703.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:    $65,866.12
Remaining balance:    $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Robert Johns, Trustee Fees | $26,265.66 | $0.00 | $0.00 |

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $282,571.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | IRS | $126,091.06 | $0.00 | $0.00 |
| 6 | Denise White Finance Director | $15,081.89 | $0.00 | $0.00 |
| 14 | Sheriff of Monongalia County | $114,532.14 | $0.00 | $0.00 |
| 15 | WV Dept of Tax & Revenue | $14,307.61 | $0.00 | $0.00 |
| 17 | Rob Barnhart | $210.00 | $0.00 | $0.00 |
| 18 | IRS | $8,117.69 | $0.00 | $0.00 |
| 19 | WorkForce WV/Legal Section | $1,205.83 | $0.00 | $0.00 |
| 20 | James R. Brady | $300.00 | $0.00 | $0.00 |
| 22 | Jeremiah Friel | $400.00 | $0.00 | $0.00 |
| 23 | Nadine Peltz | $825.00 | $0.00 | $0.00 |
| 24 | Adam Levy | $400.00 | $0.00 | $0.00 |
| 25 | Bonnie Hjemvik | $700.00 | $0.00 | $0.00 |
| 28 | Nina S. Regojo | $400.00 | $0.00 | $0.00 |

Total to be paid to priority claims:  $0.00
Remaining balance:  $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $76,706.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | IRS | $40,935.82 | $0.00 | $0.00 |
| 2 | Amy E. Righter | $2,612.16 | $0.00 | $0.00 |
| 4 | West Virginia Insurance Commission | $0.00 | $0.00 | $0.00 |
| 5 | Chase Bank USA NA | $18,677.35 | $0.00 | $0.00 |
| 6a | Denise White Finance Director | $4,081.21 | $0.00 | $0.00 |
| 7 | Delta Products | $251.82 | $0.00 | $0.00 |
| 8 | Copies, Copies, Copies | $793.06 | $0.00 | $0.00 |
| 9 | Christina P. Quinn | $400.00 | $0.00 | $0.00 |
| 10 | Allegheny Power | $7,863.58 | $0.00 | $0.00 |
| 11 | Pitney Bowes Credit Corp. | $1,091.15 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $237,381.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 13 | FNB Bank | $228,391.15 | $0.00 | $0.00 |
| 15a | WV Dept of Tax & Revenue | $3,615.94 | $0.00 | $0.00 |
| 16 | Kylene Hissom | $400.00 | $0.00 | $0.00 |
| 21 | Jacqueline Bolcar | $400.00 | $0.00 | $0.00 |
| 26 | Emily Sickles | $212.50 | $0.00 | $0.00 |
| 27 | Daniel Wade | $725.83 | $0.00 | $0.00 |
| 30 | United States Trustee | $650.00 | $0.00 | $0.00 |
| 31 | Copies Copies Copies | $793.06 | $0.00 | $0.00 |
| 32 | Copies Copies Copies | $793.06 | $0.00 | $0.00 |
| 33 | WorkForce West Virginia | $1,399.60 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00

|  |  |
|---|---|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |