UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| In re: | § | Case No. 09-00304 |
|---|---|---|
| | § | |
| MCCOY 6, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert L. Johns, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $7,041,500.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $5,621,672.56 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $1,159,847.32 | | |

3) Total gross receipts of $6,781,519.88 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,781,519.88 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $6,791,672.56 | $6,791,672.56 | $5,621,672.56 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $882,972.40 | $882,972.40 | $699,426.59 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $486,686.39 | $486,686.39 | $460,420.73 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $282,571.22 | $282,571.22 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $201,964.06 | $314,087.29 | $314,087.29 | $0.00 |
| **Total Disbursements** | $201,964.06 | $8,598,101.36 | $8,598,101.36 | $6,781,519.88 |

4). This case was originally filed under chapter 11 on 02/19/2009. The case was converted to one under Chapter 7 on 06/25/2012. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2018        By: /s/ Robert L. Johns
                                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1-21 Beechurst; 1-21 Water St 17 unitsMorgantown, WV 26505(Beechurst) | 1110-000 | $600,000.00 |
| 16 houses(address being compiled)Values avg. 90-120K | 1110-000 | $374,400.06 |
| 250 Stewart St + Vacant lot311 1st StStewart Street2nd Street35 W Main Clarksburg home | 1110-000 | $11,011.77 |
| 49 Falling Run RoadMorgantown, WV 26505(Square at Falling Run)30 Acres of real estate | 1110-000 | $4,404,706.60 |
| 1st United Checking Account | 1129-000 | $4,171.92 |
| 2002 GMC Dump Truck | 1129-000 | $8,800.00 |
| Claims against City of Morgantown; Morgantown Fire Dept; Fifth Third Bank; various individuals at said entities | 1149-000 | $107,500.00 |
| Lot Kanawha County, WV | 1210-000 | $10,000.00 |
| Refund of utility security deposits | 1221-000 | $2,527.16 |
| Insurance proceeds | 1249-000 | $22,538.72 |
| Settlement of Adversary Proceedings | 1249-000 | $686,710.65 |
| Interest | 1270-000 | $142.10 |
| Chapter 11 Funds | 1290-010 | $549,010.90 |
| **TOTAL GROSS RECEIPTS** | | **$6,781,519.88** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | West Virginia Insurance Commission | 4110-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 |
| 12 | National City Bank | 4110-000 | $0.00 | $1,160,000.00 | $1,160,000.00 | $0.00 |
| | First United Bank - Secured claim | 4110-000 | $0.00 | $4,445,000.00 | $4,445,000.00 | $4,445,000.00 |
| | Payment of secured lien of First United Bank | 4210-000 | $0.00 | $636,710.65 | $636,710.65 | $636,710.65 |
| | PNC-Roscoe's LLC lienholder | 4110-000 | $0.00 | $539,961.91 | $539,961.91 | $539,961.91 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$6,791,672.56** | **$6,791,672.56** | **$5,621,672.56** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert L. Johns, Trustee | 2100-000 | NA | $212,886.20 | $212,886.20 | $199,895.11 |
| Robert Johns, Trustee | 2200-000 | NA | $300.00 | $300.00 | $281.69 |
| Insurance Partners Agency, INC | 2300-000 | NA | $301.10 | $301.10 | $301.10 |
| Roscoe's LLC | 2420-000 | NA | $148,341.41 | $148,341.41 | $148,341.41 |
| First Insurance Funding | 2420-750 | NA | ($4,320.42) | ($4,320.42) | ($4,320.42) |
| Pinnacle Bank | 2600-000 | NA | $1,739.89 | $1,739.89 | $1,739.89 |
| Virginia National Bank | 2600-000 | NA | $42.83 | $42.83 | $42.83 |
| US Bankruptcy Court | 2700-000 | NA | $1,457.00 | $1,457.00 | $1,457.00 |
| Real Estate taxes and recording fees | 2820-000 | NA | $10,038.09 | $10,038.09 | $10,038.09 |
| Sheriff - property taxes | 2820-000 | NA | $139,702.36 | $139,702.36 | $139,702.36 |
| Chapter 7 administrative expenses | 2990-000 | NA | $36,700.14 | $36,700.14 | $36,700.14 |
| Payment of legal fees for attorney for Trustee Second Interim application. Order entered 7/2/13, Attorney for Trustee | 3110-000 | NA | $159,888.50 | $159,888.50 | $169,841.52 |
| Turner & Johns PLLC, Attorney for Trustee | 3110-002 | NA | $159,888.50 | $159,888.50 | ($19,710.00) |
| Attorney for Trustee expenses, Attorney for Trustee | 3120-000 | NA | $14,599.80 | $14,599.80 | $13,708.87 |
| Investment Recovery Company, Consultant for Trustee | 3731-000 | NA | $704.00 | $704.00 | $704.00 |
| Investment Recovery Company, Consultant for Trustee | 3732-000 | NA | $703.00 | $703.00 | $703.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $882,972.40 | $882,972.40 | $699,426.59 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Robert Johns | 6101-000 | NA | $26,265.66 | $26,265.66 | $0.00 |
| Administrative expenses, Other Operating | 6950-000 | NA | $460,313.19 | $460,313.19 | $460,313.19 |
| AT & T, Other Prior Chapter Administrative | 6990-000 | NA | $107.54 | $107.54 | $107.54 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $486,686.39 | $486,686.39 | $460,420.73 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS | 5800-000 | $0.00 | $126,091.06 | $126,091.06 | $0.00 |
| 6 | Denise White Finance Director | 5800-000 | $0.00 | $15,081.89 | $15,081.89 | $0.00 |
| 14 | Sheriff of Monongalia County | 5800-000 | $0.00 | $114,532.14 | $114,532.14 | $0.00 |
| 15 | WV Dept of Tax & Revenue | 5800-000 | $0.00 | $14,307.61 | $14,307.61 | $0.00 |
| 17 | Rob Barnhart | 5800-000 | $0.00 | $210.00 | $210.00 | $0.00 |
| 18 | IRS | 5800-000 | $0.00 | $8,117.69 | $8,117.69 | $0.00 |
| 19 | WorkForce WV/Legal Section | 5800-000 | $0.00 | $1,205.83 | $1,205.83 | $0.00 |
| 20 | James R. Brady | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 22 | Jeremiah Friel | 5800-000 | $0.00 | $400.00 | $400.00 | $0.00 |
| 23 | Nadine Peltz | 5800-000 | $0.00 | $825.00 | $825.00 | $0.00 |
| 24 | Adam Levy | 5800-000 | $0.00 | $400.00 | $400.00 | $0.00 |
| 25 | Bonnie Hjemvik | 5800-000 | $0.00 | $700.00 | $700.00 | $0.00 |
| 28 | Nina S. Regojo | 5800-000 | $0.00 | $400.00 | $400.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $282,571.22 | $282,571.22 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | IRS | 7100-000 | $0.00 | $40,935.82 | $40,935.82 | $0.00 |
| 2 | Amy E. Righter | 7100-000 | $0.00 | $2,612.16 | $2,612.16 | $0.00 |
| 4 | West Virginia Insurance Commission | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Chase Bank USA NA | 7100-000 | $18,677.35 | $18,677.35 | $18,677.35 | $0.00 |
| 6a | Denise White | 7100-000 | $0.00 | $4,081.21 | $4,081.21 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | Finance Director | | | | | |
| 7 | Delta Products | 7100-000 | $0.00 | $251.82 | $251.82 | $0.00 |
| 8 | Copies, Copies, Copies | 7100-000 | $0.00 | $793.06 | $793.06 | $0.00 |
| 9 | Christina P. Quinn | 7100-000 | $0.00 | $400.00 | $400.00 | $0.00 |
| 10 | Allegheny Power | 7100-000 | $12,181.76 | $7,863.58 | $7,863.58 | $0.00 |
| 11 | Pitney Bowes Credit Corp. | 7100-000 | $463.09 | $1,091.15 | $1,091.15 | $0.00 |
| 13 | FNB Bank | 7200-000 | $0.00 | $228,391.15 | $228,391.15 | $0.00 |
| 15a | WV Dept of Tax & Revenue | 7200-000 | $0.00 | $3,615.94 | $3,615.94 | $0.00 |
| 16 | Kylene Hissom | 7200-000 | $0.00 | $400.00 | $400.00 | $0.00 |
| 21 | Jacqueline Bolcar | 7200-000 | $0.00 | $400.00 | $400.00 | $0.00 |
| 26 | Emily Sickles | 7200-000 | $0.00 | $212.50 | $212.50 | $0.00 |
| 27 | Daniel Wade | 7200-000 | $0.00 | $725.83 | $725.83 | $0.00 |
| 30 | United States Trustee | 7200-000 | $0.00 | $650.00 | $650.00 | $0.00 |
| 31 | Copies Copies Copies | 7200-000 | $0.00 | $793.06 | $793.06 | $0.00 |
| 32 | Copies Copies Copies | 7200-000 | $0.00 | $793.06 | $793.06 | $0.00 |
| 33 | WorkForce West Virginia | 7200-000 | $0.00 | $1,399.60 | $1,399.60 | $0.00 |
| | Allied Waste Services | 7100-000 | $1,716.53 | $0.00 | $0.00 | $0.00 |
| | Badger and Sal | 7100-000 | $17,498.75 | $0.00 | $0.00 | $0.00 |
| | Baker and Armistead | 7100-000 | $6,777.00 | $0.00 | $0.00 | $0.00 |
| | Brewer & Company of WV | 7100-000 | $38,520.00 | $0.00 | $0.00 | $0.00 |
| | Cardello Electric Supply | 7100-000 | $1,574.42 | $0.00 | $0.00 | $0.00 |
| | CitiBank | 7100-000 | $25,594.00 | $0.00 | $0.00 | $0.00 |
| | City of Morgantown-Fire Fee | 7100-000 | $3,308.52 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $1,625.41 | $0.00 | $0.00 | $0.00 |
| | Dominion Hope | 7100-000 | $63,554.00 | $0.00 | $0.00 | $0.00 |
| | Maintenance USA | 7100-000 | $444.63 | $0.00 | $0.00 | $0.00 |
| | Mountaineer Glass | 7100-000 | $507.43 | $0.00 | $0.00 | $0.00 |
| | Par Mar | 7100-000 | $1,750.00 | $0.00 | $0.00 | $0.00 |
| | Peachtree Business Products | 7100-000 | $292.00 | $0.00 | $0.00 | $0.00 |
| | Secure US | 7100-000 | $1,186.97 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Sign Factory | 7100-000 | $279.84 | $0.00 | $0.00 | $0.00 |
| Steptoe & Johnson | 7100-000 | $4,919.84 | $0.00 | $0.00 | $0.00 |
| US Cellular | 7100-000 | $1,092.52 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $201,964.06 | $314,087.29 | $314,087.29 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Case No.: | 09-00304 | | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|---|
| Case Name: | MCCOY 6, LLC | | | Date Filed (f) or Converted (c): | 06/25/2012 (c) |
| For the Period Ending: | 12/20/2018 | | | §341(a) Meeting Date: | 03/25/2009 |
| | | | | Claims Bar Date: | 06/23/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1993 Water Street<br>Morgantown, WV 26505<br>(Mountaineer Court)<br>32 apartments | $5,000,000.00 | $0.00 | | $0.00 | FA |
| 2 | 49 Falling Run Road<br>Morgantown, WV 26505<br>(Square at Falling Run)<br>30 Acres of real estate | $20,000,000.00 | $4,400,000.00 | | $4,404,706.60 | FA |
| 3 | 1-21 Beechurst; 1-21 Water St 17 units<br>Morgantown, WV 26505<br>(Beechurst) | $2,000,000.00 | $600,000.00 | | $600,000.00 | FA |
| 4 | 16 houses<br>(address being compiled)<br>Values avg. 90-120K | $1,700,000.00 | $375,000.00 | | $374,400.06 | FA |
| 5 | Knouse Farm<br>21 Acres<br>(vacant land) | $2,000,000.00 | $0.00 | | $0.00 | FA |
| 6 | 250 Stewart St + Vacant lot<br>311 1st St<br>Stewart Street<br>2nd Street<br>35 W Main Clarksburg home | $1,500,000.00 | $0.00 | | $11,011.77 | FA |
| 7 | 1st United Checking Account | $4,000.00 | $4,171.92 | | $4,171.92 | FA |
| 8 | 5th 3rd Bank Checking Account (Escrow) | $0.00 | $0.00 | | $0.00 | FA |
| 9 | 1st National Bank Checking Account (escrow) | $0.00 | $0.00 | | $0.00 | FA |
| 10 | USSA Key Man Life Insurance (required for 1st United Loan) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Outstanding Rents | $15,000.00 | $0.00 | | $0.00 | FA |
| 12 | Claims against City of Morgantown;<br>Morgantown Fire Dept; Fifth Third Bank;<br>various individuals at said entities | Unknown | $107,500.00 | | $107,500.00 | FA |

| Case No.: | 09-00304 | Trustee Name: | Robert L. Johns |
| Case Name: | MCCOY 6, LLC | Date Filed (f) or Converted (c): | 06/25/2012 (c) |
| For the Period Ending: | 12/20/2018 | §341(a) Meeting Date: | 03/25/2009 |
| | | Claims Bar Date: | 06/23/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | 2002 GMC Dump Truck | $6,000.00 | $8,800.00 | | $8,800.00 | FA |
| 14 | Desks, Chairs, Filling Cabinets, Fax machine, Copiers, Computers, Supplies | $4,000.00 | $0.00 | | $0.00 | FA |
| 15 | Sprayer, Blower, Weed Eaters, Tools, Lawn Mowers | $7,500.00 | $0.00 | | $0.00 | FA |
| 16 | Furniture in the various apartments | $15,000.00 | $0.00 | | $0.00 | FA |
| 17 | Insurance proceeds (u) | $0.00 | $22,538.72 | | $22,538.72 | FA |
| 18 | Refund of utility security deposits (u) | $0.00 | $2,527.16 | | $2,527.16 | FA |
| 19 | Settlement of Adversary Proceedings (u) | $0.00 | $686,710.65 | | $686,710.65 | FA |
| 20 | Lot Kanawha County, WV (u) | $20,000.00 | $10,000.00 | | $10,000.00 | FA |
| 21 | Chapter 11 Funds (u) | $0.00 | $549,010.90 | | $549,010.90 | FA |
| 22 | Interest (u) | $0.00 | $142.10 | | $142.10 | FA |
| **TOTALS (Excluding unknown value)** | | **$32,271,500.00** | **$6,766,401.45** | | **$6,781,519.88** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/09/2017 | Re Prop # 20 Sale proceeds received. |
| 08/03/2017 | Re Prop # 20 - Order entered to allow sale of real estate. |
| 06/23/2017 | RE Prop # 20 - Trustee filed motion to sell real estate. |
| 06/22/2017 | Court entered the proposed agreed order granting the settlement and compromise between the Trustee and Randall B. Masinter in A.P. No. 16-0054 on June 9, 2017. |
| 06/22/2017 | Trustee has prepared and will file Motion to Sell Real Estate Free and Clear of Pursuant to § 363 to Randall B. Masinter by Private Sale and in accordance with the terms laid out in the Court's order granting settlement of A.P. No. 16-0054. |
| 03/21/2017 | During hearing, the Trustee and Randall Masinter (the defendant in the AP) informed the Court that they have reached a settlement and compromise. The settlement agreement will be executed and the parties will filed a joint motion to compromise. |
| 03/21/2017 | Upon the Court's entry of the motion to compromise, the Trustee will file a motion to sell real estate free and clear pursuant to §363. |
| 03/17/2017 | Court entered an order granting the Trustee and First Alert Security's (the defendant) motion to compromise in the AP. |
| 01/20/2017 | Motion to compromise filed regarding First Security (first defendant) in the AP. Second defendant has filed a counter claim. Discovery pending. |
| 10/26/2016 | Trustee filed AP to set aside tax deed. |
| 07/25/2016 | Adversary proceeding to set aside tax lien sale to be filed by Trustee. |
| 11/12/2015 | Trustee was able to find the purchaser of the real property. Correspondence sent to the new owner to resolve the tax lien sale. |

No. 1:09-bk-00304  Doc 876  Filed 01/28/19  Entered 01/28/19 08:22:17  Page 10 of 19

| Case No.: | 09-00304 | | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|---|
| Case Name: | MCCOY 6, LLC | | | Date Filed (f) or Converted (c): | 06/25/2012 (c) |
| For the Period Ending: | 12/20/2018 | | | §341(a) Meeting Date: | 03/25/2009 |
| | | | | Claims Bar Date: | 06/23/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/15/2014   Re:

Prop # 1 - Sold in Chapter 11

Prop # 2 - Sold to University of West Virginia-total sale $4,790,118.43

Prop # 3 - Sold for $600,000.00.

Prop # 4 - Sold to Unitersity of West Virginia-total sale $4,790,118.43

Prop # 5 - Sold in Chapter 11

Prop # 6 - Sold and/or forclosed in Chapter 11, except 250 Stewart Street and Lot (sold to University-value $50,000)

Prop # 7 - Liquidated at conversion.

Prop #'s - 8, 9, 10, 11 - liquidated in Chapter 11

Prop # 12 - settlement of $107,500.

Prop # 13 - Consultant to liquidate dump truck. Order approving sale entered by Court. Awaiting Closing

Prop #'s 14, 15, 16 - liquidated in Chapter 11

Prop # 17 - Fire Insurance settlement

Prop # 18 - Refunds of gas utility deposits.

Prop # 19 - Settlement of Adversary Proceeding

Prop # 20 - Trustee found unlisted lot in Kanawha County. Trustee attempting to sell lot.

Chapter 11 business

Trustee operated case in Chapter 11, converted to Chapter 7 on June 25, 2012. All assets liquidated except lot in Charleston, WV. Trustee attempting to sell lot worth approximately $20,000-$30,000.

04/29/2014   Property inadvertently sold by West Virginia State Auditor.

Trustee to file complaint to set aside deed if resolution cannot be reached.

| Initial Projected Date Of Final Report (TFR): | 12/31/2014 | Current Projected Date Of Final Report (TFR): | 11/30/2017 | /s/ ROBERT L. JOHNS |
|---|---|---|---|---|
| | | | | ROBERT L. JOHNS |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

No. 1:09-bk-00304   Doc 876   Filed 01/28/19   Entered 01/28/19 08:22:17   Page 11 of 19

| Case No. | 09-00304 | | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|---|
| Case Name: | MCCOY 6, LLC | | | Bank Name: | Virginia National Bank |
| Primary Taxpayer ID #: | **-***9730 | | | Checking Acct #: | ******9304 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/19/2009 | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/20/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/27/2012 | (7) | McCoy 6 Apt | Closing debtor's bank account | 1129-000 | $4,171.92 | | $4,171.92 |
| 08/01/2012 | | Virginia National Bank | Bank Service Fee | 2600-000 | | $0.44 | $4,171.48 |
| 08/28/2012 | (17) | Acceptance Indemnity Insurance Company | Clms 5/4/11- Loss of Rents | 1249-000 | $15,500.00 | | $19,671.48 |
| 08/28/2012 | | First Insurance Funding | Refund for cancelling policy on Beechurst apts that sold prior to chapter 11 convert to chapter 7 | 2420-750 | | ($4,320.42) | $23,991.90 |
| 09/04/2012 | | Virginia National Bank | Bank Service Fee | 2600-000 | | $9.85 | $23,982.05 |
| 09/26/2012 | | Virginia National Bank | Bank Service Fee | 2600-000 | | $32.54 | $23,949.51 |
| 09/26/2012 | | Pinnacle National Bank | Transfer Funds | 9999-000 | | $23,949.51 | $0.00 |
| | | | **TOTALS:** | | $19,671.92 | $19,671.92 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $23,949.51 | |
| | | | Subtotal | | $19,671.92 | ($4,277.59) | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $19,671.92 | ($4,277.59) | |

| For the period of 2/19/2009 to 12/20/2018 | | For the entire history of the account between 07/27/2012 to 12/20/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $19,671.92 | Total Compensable Receipts: | $19,671.92 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,671.92 | Total Comp/Non Comp Receipts: | $19,671.92 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | ($4,277.59) | Total Compensable Disbursements: | ($4,277.59) |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | ($4,277.59) | Total Comp/Non Comp Disbursements: | ($4,277.59) |
| Total Internal/Transfer Disbursements: | $23,949.51 | Total Internal/Transfer Disbursements: | $23,949.51 |

| Case No. | 09-00304 | | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|---|
| Case Name: | MCCOY 6, LLC | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9730 | | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2009 | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/20/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2012 | | Virginia National Bank | Transfer Funds | 9999-000 | $23,949.51 | | $23,949.51 |
| 09/28/2012 | (12) | Travelers | Adversary Action no: 1:11-ap-00011 | 1149-000 | $100,000.00 | | $123,949.51 |
| 10/03/2012 | (12) | Alterra Insurance Co | Water Damage settlement McCoy 6 vs. Morgantown Utility Board et al civil action | 1149-000 | $7,500.00 | | $131,449.51 |
| 10/18/2012 | (17) | First Insurnace | refund on 1526135OP | 1249-000 | $612.66 | | $132,062.17 |
| 10/18/2012 | (21) | The Esate of McCoy 6,LLC | Transfer of Chapter 11 Funds from City National Account | 1290-010 | $55,823.73 | | $187,885.90 |
| 10/18/2012 | 6001 | Est of McCoy 6, LLC | Est of McCoy 6, LLC | 8500-003 | | $43.30 | $187,842.60 |
| 10/18/2012 | 6001 | VOID: Est of McCoy 6, LLC | Void: Est. of McCoy 6, LLC | 8500-003 | | ($43.30) | $187,885.90 |
| 10/18/2012 | 6002 | Roscoe's LLC | Beechurst Damage Disbursement per order entered 9/9/12 | 2420-000 | | $148,341.41 | $39,544.49 |
| 10/19/2012 | 6003 | Estate of McCoy 6 | Transfer to City National Bank | 9999-000 | | $15,000.00 | $24,544.49 |
| 11/01/2012 | 6004 | Turner & Johns PLLC | First Interim distribution | * | | $19,710.00 | $4,834.49 |
| | | | Turner & Johns PLLC  $(18,655.50) | 3110-000 | | | $4,834.49 |
| | | | Attorney for Trustee expenses  $(1,054.50) | 3120-000 | | | $4,834.49 |
| 11/02/2012 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $218.99 | $4,615.50 |
| 11/09/2012 | (17) | Firest Insurance Funding | Refund for over payment on policy while in chapter 11 | 1249-000 | $706.28 | | $5,321.78 |
| 11/20/2012 | (18) | Dominion | Refund of gas utility for 9 Beechurst Ave. | 1221-000 | $50.45 | | $5,372.23 |
| 11/20/2012 | (18) | Dominion | Refund of gas utility for 11B Beechurst Ave. | 1221-000 | $384.88 | | $5,757.11 |
| 11/20/2012 | (18) | Dominion | Refund of gas utility on 13 1/2 Beechurst Ave. | 1221-000 | $264.30 | | $6,021.41 |
| 11/20/2012 | (18) | Dominion | Refund of gas utility for 17 Beechurst Ave. | 1221-000 | $2.27 | | $6,023.68 |
| 11/20/2012 | (18) | Dominion | Refund of gas utility on 3B Beechurst Ave. | 1221-000 | $5.34 | | $6,029.02 |
| 11/20/2012 | (18) | Dominion | Refund of gas utility for 5 Beechurst Ave. | 1221-000 | $710.41 | | $6,739.43 |
| 12/04/2012 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $20.94 | $6,718.49 |
| | | | | SUBTOTALS | $190,009.83 | $183,291.34 | |

| Case No. | 09-00304 | | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|---|
| Case Name: | MCCOY 6, LLC | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9730 | | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2009 | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/20/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | | |
| | | | | | Deposit $ | Disbursement $ | Balance |
| 12/17/2012 | | Jackson & Kelly, PLLC | Sale proceeds apportioned between Assets 2, 4 and 6 | * | $67,500.00 | | $74,218.49 |
| | {2} | | Asset #2 - Sale proceeds from liquidation of real estate.  $4,404,706.60 | 1110-000 | | | $74,218.49 |
| | {4} | | Asset #4 - Sale proceeds from liquidation of real estate.  $374,400.06 | 1110-000 | | | $74,218.49 |
| | {6} | | Asset #6 - Sale proceeds from liquidation of real estate.  $11,011.77 | 1110-000 | | | $74,218.49 |
| | | | Robert L. Johns, Trustee, Statutory Trustee Compensation  $(137,916.07) | 2100-000 | | | $74,218.49 |
| | | | Sheriff - property taxes  $(139,702.36) | 2820-000 | | | $74,218.49 |
| | | | First United Bank - Secured claim  $(4,445,000.00) | 4110-000 | | | $74,218.49 |
| 01/02/2013 | (18) | Republic Services, Inc | Refund of utility deposit. | 1221-000 | $174.49 | | $74,392.98 |
| 01/03/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $74.11 | $74,318.87 |
| 01/04/2013 | 6005 | Est of McCoy 6 | Transfer of funds to City National Holding | 9999-000 | | $67,500.00 | $6,818.87 |
| 01/17/2013 | | McCoy 6 Apartments | Closing of FUBT account - Chapter 11 Receipts ($493,187.17) and Sale of Asset #3 ($600,000.00). | * | $46,173.84 | | $52,992.71 |
| | {21} | | Closing of FUBT account - Chapter 11 Receipts (493,187.17) and sale of Asset #3 ($600,000.00)  $493,187.17 | 1290-010 | | | $52,992.71 |
| | | | Administrative expenses  $(460,313.19) | 6950-000 | | | $52,992.71 |
| | | | PNC-Roscoe's LLC lienholder  $(539,961.91) | 4110-000 | | | $52,992.71 |
| | | | Real Estate taxes and recording fees  $(10,038.09) | 2820-000 | | | $52,992.71 |
| | | | Chapter 7 administrative expenses  $(36,700.14) | 2990-000 | | | $52,992.71 |
| | {3} | | Closing of FUBT account - Chapter 11 Receipts ($493,187.17) and Sale of Asset #3 ($600,000.00).  $600,000.00 | 1110-000 | | | $52,992.71 |
| 01/30/2013 | (17) | DHB&E | Premium refund on cancelled policy. | 1249-000 | $1,143.78 | | $54,136.49 |
| 02/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $69.31 | $54,067.18 |
| 02/07/2013 | (18) | First Energy | Refund of utility deposit. | 1221-000 | $697.74 | | $54,764.92 |
| 02/20/2013 | 6006 | AT & T | Acc#287020618578 | 6990-000 | | $107.54 | $54,657.38 |
| 02/25/2013 | (18) | First Energy | Refund of utility deposit.. | 1221-000 | $237.28 | | $54,894.66 |
| | | | SUBTOTALS | | $115,927.13 | $67,750.96 | |

| Case No. | 09-00304 | | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|---|
| Case Name: | MCCOY 6, LLC | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9730 | | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2009 | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/20/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $79.63 | $54,815.03 |
| 03/13/2013 | 6007 | Insurance Partners Agency, INC | Invoice# 87337 Policy #8215-38-71 | 2300-000 | | $130.74 | $54,684.29 |
| 03/26/2013 | (17) | BrickStreet | Audit Refund | 1249-000 | $4,576.00 | | $59,260.29 |
| 04/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $89.61 | $59,170.68 |
| 04/22/2013 | 6008 | Est of McCoy 6 | Transfer of funds to City National Account. | 9999-000 | | $50,000.00 | $9,170.68 |
| 05/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $76.81 | $9,093.87 |
| 06/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $14.68 | $9,079.19 |
| 07/15/2013 | | Est of McCoy 6 LLC | Transfer of funds from City National Bank to Pinnacle account. | 9999-000 | $124,146.42 | | $133,225.61 |
| 07/15/2013 | 6009 | Turner & Johns PLLC | Payment of attorney for Trustee fees and expenses per Order entered on 7/2/13 | * | | $124,146.42 | $9,079.19 |
| | | | Payment of legal fees for attorney for Trustee Second Interim application. Order entered 7/2/13    $(118,304.00) | 3110-000 | | | $9,079.19 |
| | | | Payment of expenses for attorney for Trustee Second Interim application. Order entered 7/2/13    $(5,842.42) | 3120-000 | | | $9,079.19 |
| 07/18/2013 | | Pinnacle Bank | Bank Fee for June, 2013 | 2600-000 | | $14.18 | $9,065.01 |
| 08/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $21.11 | $9,043.90 |
| 09/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $14.60 | $9,029.30 |
| 10/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $14.10 | $9,015.20 |
| 11/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $14.55 | $9,000.65 |
| 11/18/2013 | | Kay Casto Chaney, PLLC | Settlement of 10 adversary proceedings | * | $50,000.00 | | $59,000.65 |
| | {19} | | Settlement of adversary proceedings    $686,710.65 | 1249-000 | | | $59,000.65 |
| | | | Payment of secured lien of First United Bank    $(636,710.65) | 4210-000 | | | $59,000.65 |
| 12/03/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $45.30 | $58,955.35 |
| 01/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $95.16 | $58,860.19 |
| 02/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $95.01 | $58,765.18 |
| | | | | SUBTOTALS | $178,722.42 | $174,851.90 | |

| Case No. | 09-00304 | | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|---|
| Case Name: | MCCOY 6, LLC | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9730 | | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2009 | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/20/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $85.69 | $58,679.49 |
| 03/19/2014 | 6010 | Insurance Partners Agency, INC | Bond payment | 2300-000 | | $55.90 | $58,623.59 |
| 04/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $94.70 | $58,528.89 |
| 04/25/2014 | 6011 | Turner & Johns PLLC | Third & Final Interim payment for Expenses per order entered 4/23/14 | 3110-000 | | $11,449.00 | $47,079.89 |
| 04/25/2014 | 6012 | Turner & Johns PLLC | Third & Final Interim payment for expenses per order entered 4/23/14 | 3120-000 | | $6,386.58 | $40,693.31 |
| 04/25/2014 | 6013 | Turner & Johns PLLC | First Interim payment per order entered 4/23/14. | 3110-000 | | $19,710.00 | $20,983.31 |
| 05/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $85.56 | $20,897.75 |
| 06/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.73 | $20,864.02 |
| 07/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.59 | $20,831.43 |
| 08/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.62 | $20,797.81 |
| 08/12/2014 | (13) | Jane Lee Enterprises | Sale of 2002 GMC Dump Truck | 1129-000 | $8,800.00 | | $29,597.81 |
| 09/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $42.28 | $29,555.53 |
| 10/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $46.17 | $29,509.36 |
| 11/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $47.63 | $29,461.73 |
| 11/14/2014 | 6014 | Investment Recovery Company | Consultant fees per Order entered 3/25/14 | 3731-000 | | $704.00 | $28,757.73 |
| 11/14/2014 | 6015 | Investment Recovery Company | Consultant Expenses per Order entered 3/25/14 | 3732-000 | | $703.00 | $28,054.73 |
| 12/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $45.29 | $28,009.44 |
| 12/17/2014 | | Turner & Johns PLLC | Return of payment to T&J made by mistake on April 25, 2014 | 3110-002 | | ($19,710.00) | $47,719.44 |
| 01/05/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $59.58 | $47,659.86 |
| 01/14/2015 | 6016 | The Estate of McCoy 6, LLC | Transfer of funds to City National Account for Estate of McCoy 6, LLC | 9999-000 | | $45,000.00 | $2,659.86 |
| 02/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $48.82 | $2,611.04 |
| 03/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.81 | $2,607.23 |
| 03/24/2015 | 6017 | Insurance Partners Agency, INC | Bond Insurance payment for 2015 | 2300-000 | | $29.18 | $2,578.05 |
| 04/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.21 | $2,573.84 |
| | | | SUBTOTALS | | $8,800.00 | $64,991.34 | |

| Case No. | 09-00304 | | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|---|
| Case Name: | MCCOY 6, LLC | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9730 | | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2009 | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/20/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.02 | $2,569.82 |
| 06/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.15 | $2,565.67 |
| 07/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.01 | $2,561.66 |
| 08/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.13 | $2,557.53 |
| 09/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.13 | $2,553.40 |
| 10/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.99 | $2,549.41 |
| 11/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.11 | $2,545.30 |
| 12/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.98 | $2,541.32 |
| 01/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.10 | $2,537.22 |
| 02/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.09 | $2,533.13 |
| 03/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.82 | $2,529.31 |
| 04/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.08 | $2,525.23 |
| 04/08/2016 | 6018 | Insurance Partners Agency, INC | Bond insurance payment | 2300-000 | | $43.48 | $2,481.75 |
| 05/03/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.90 | $2,477.85 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.00 | $2,473.85 |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.86 | $2,469.99 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.99 | $2,466.00 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.98 | $2,462.02 |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.85 | $2,458.17 |
| 11/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.97 | $2,454.20 |
| 12/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.83 | $2,450.37 |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.95 | $2,446.42 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.95 | $2,442.47 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.56 | $2,438.91 |
| 03/31/2017 | 6019 | Insurance Partners Agency, INC | Bond Premium Payment | 2300-003 | | $41.79 | $2,397.12 |
| 04/03/2017 | 6019 | VOID: Insurance Partners Agency, INC | Incorrect amount | 2300-003 | | ($41.79) | $2,438.91 |
| 04/03/2017 | 6020 | Insurance Partners Agency, INC | 2017 Bond payment | 2300-000 | | $41.80 | $2,397.11 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.94 | $2,393.17 |
| | | | SUBTOTALS | | $0.00 | $180.67 | |

| Case No. | 09-00304 | | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|---|
| Case Name: | MCCOY 6, LLC | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9730 | | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2009 | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/20/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.76 | $2,389.41 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.86 | $2,385.55 |
| 07/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.73 | $2,381.82 |
| 08/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.84 | $2,377.98 |
| 09/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $7.68 | $2,370.30 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.70 | $2,366.60 |
| 10/04/2017 | | Pinnacle Bank | Refund on August bank fee posted 9/5/2017 - the fees were posted for the incorrect amount | 2600-000 | | ($3.84) | $2,370.44 |
| 10/09/2017 | (20) | Randall B. Masinter | Purchase price of property Asset #20 per Order entered 8/03/2017 | 1210-000 | $10,000.00 | | $12,370.44 |
| 10/10/2017 | | Estate of McCoy 6, llc | Transfer of funds from City National Bank Account | * | $53,495.68 | | $65,866.12 |
| | | | Transfer of funds from City National Bank Account  $53,353.58 | 9999-000 | | | $65,866.12 |
| | {22} | | $142.10 | 1270-000 | | | $65,866.12 |
| 02/23/2018 | 6021 | Robert Johns | Trustee Expenses | 2200-000 | | $281.69 | $65,584.43 |
| 02/23/2018 | 6022 | Robert L. Johns | Trustee Compensation | 2100-000 | | $61,979.04 | $3,605.39 |
| 02/23/2018 | 6023 | Turner & Johns PLLC | | 3110-000 | | $1,723.02 | $1,882.37 |
| 02/23/2018 | 6024 | Turner & Johns PLLC | | 3120-000 | | $425.37 | $1,457.00 |
| 02/23/2018 | 6025 | US Bankruptcy Court | | 2700-000 | | $1,457.00 | $0.00 |

SUBTOTALS  $63,495.68  $65,888.85

| Case No. | 09-00304 | | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|---|
| Case Name: | MCCOY 6, LLC | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9730 | | | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2009 | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/20/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | TOTALS: |  | $556,955.06 | $556,955.06 | $0.00 |
|  |  | Less: Bank transfers/CDs |  | $148,095.93 | $177,500.00 | |
|  |  | Subtotal |  | $408,859.13 | $379,455.06 | |
|  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  | Net |  | $408,859.13 | $379,455.06 | |

| For the period of 2/19/2009 to 12/20/2018 | | For the entire history of the account between 09/26/2012 to 12/20/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,761,847.96 | Total Compensable Receipts: | $6,761,847.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,761,847.96 | Total Comp/Non Comp Receipts: | $6,761,847.96 |
| Total Internal/Transfer Receipts: | $201,449.51 | Total Internal/Transfer Receipts: | $201,449.51 |
| | | | |
| Total Compensable Disbursements: | $6,805,507.47 | Total Compensable Disbursements: | $6,805,507.47 |
| Total Non-Compensable Disbursements: | ($19,710.00) | Total Non-Compensable Disbursements: | ($19,710.00) |
| Total Comp/Non Comp Disbursements: | $6,785,797.47 | Total Comp/Non Comp Disbursements: | $6,785,797.47 |
| Total Internal/Transfer Disbursements: | $177,500.00 | Total Internal/Transfer Disbursements: | $177,500.00 |

| Case No.: | 09-00304 | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | MCCOY 6, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9730 | Checking Acct #: | ******0020 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/19/2009 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/20/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $428,531.05 | $375,177.47 | $0.00 |

**For the period of 2/19/2009 to 12/20/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,781,519.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,781,519.88 |
| Total Internal/Transfer Receipts: | $201,449.51 |
| | |
| Total Compensable Disbursements: | $6,801,229.88 |
| Total Non-Compensable Disbursements: | ($19,710.00) |
| Total Comp/Non Comp Disbursements: | $6,781,519.88 |
| Total Internal/Transfer Disbursements: | $201,449.51 |

**For the entire history of the case between 06/25/2012 to 12/20/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,781,519.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,781,519.88 |
| Total Internal/Transfer Receipts: | $201,449.51 |
| | |
| Total Compensable Disbursements: | $6,801,229.88 |
| Total Non-Compensable Disbursements: | ($19,710.00) |
| Total Comp/Non Comp Disbursements: | $6,781,519.88 |
| Total Internal/Transfer Disbursements: | $201,449.51 |

/s/ ROBERT L. JOHNS

ROBERT L. JOHNS